IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maureen Henson,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Air National Guard Air Force Reserve Command Test Center; Michael W. Wynne, in his official capacity; Trinity Technology Group; Douglas D. Bullock,<br><br>　　　　　Defendants | No. CV 06-526-TUC-FRZ (JCG)<br><br>**ORDER** |

　　　　Before the Court for consideration are the separate motions to dismiss filed by (I) Trinity Technology Group and Douglas D. Bullock; and (II) Air National Guard Air Force Reserve Command Test Center ("AATC") and Michael W. Wynne.

　　　　This matter was referred to the United States Magistrate Judge for all pretrial proceedings and report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) and LRCiv 72.1 and LRCiv 72.2, Rules of Practice of the United States District Court for the District of Arizona.

　　　　Magistrate Judge Jennifer C. Guerin issued her Report and Recommendation, filed June 20, 2007, recommending that the District Court, after its independent review of the record:  (1) grant the Motion to Dismiss filed by Defendants Trinity Technology Group and Bullock; and (2) grant the Motion to Dismiss filed January 12, 2007 by Defendants AATC and Wynne.

1     Magistrate Judge Guerin specifically found:

2     A. Plaintiff's Complaint as against Trinity should be dismissed in its entirety for
3     failure to name Plaintiff's husband as an indispensable party;

4     B. Count 2, alleging AATC violated the Rehabilitation Act, should be dismissed
5     because Plaintiff was not an employee of AATC;

6     C. Count 3, alleging AATC and Wynne violated the FMLA, should be dismissed
7     because Plaintiff was not an employee of AATC;

8     D. Count 3, alleging Trinity violated the FMLA, should be dismissed for failure to
9     state a claim as the complaint, on its face, demonstrates that Plaintiff was not an
10     eligible employee under the FMLA; and

11     E. Count 4, alleging intentional infliction of emotion distress by Trinity and Bullock,
12     should be dismissed for failure to state a claim.

13     Following these findings, Magistrate Judge Guerin recommends that the Court grant
14 Plaintiff leave to amend her complaint.

15     Plaintiff filed Plaintiff's Objections to Magistrate's Report and Recommendation and
16 Orders on July 5, 2007. Plaintiff argues that the recommendations to dismiss Plaintiff's
17 claims against AATC and Wynne and against Trinity and Bullock "are based on an
18 inaccurate statement of the facts, are legally insufficient and an abuse of discretion."[1]
19 Plaintiff also argues that the Magistrate Judge improperly converted the motions to dismiss
20 to motions for summary judgment.

21     Defendants AATC and Wynne argue in response to Plaintiff's objection that Plaintiff
22 does not provide any basis to reject the Magistrate Judge's Report and Recommendation, nor
23 is there any basis to allow discovery as Plaintiff requests.

24     Defendants Trinity and Bullock also filed a response to Plaintiff's objections,
25 contending that Magistrate Judge Guerin properly reviewed all the facts submitted and

---

[1] Plaintiff's Objections to Magistrate's Report and Recommendations and Orders, page 4.

1 applied the summary judgment standard, did not abuse her discretion by striking Plaintiff's
2 supplemental filing, and properly found, under Arizona law, that Plaintiff's intentional
3 infliction of emotional distress claim should be dismissed as a matter of law.

4     Plaintiff also filed Plaintiff's Reply to Responses filed by Defendants and Motion to
5 Strike Responses of the Defendants, inaccurately stating that "[n]o FRCP or Local Rule
6 authorizes such a response."

7     Rule 72 of the Federal Rules of Civil Procedure, as Defendants AATC and Wynne
8 contend, explicitly provides for the filing of a response to an objection to a report and
9 recommendation of a magistrate judge.

10     The Report and Recommendation provides an in-depth analysis and thorough
11 discussion of the facts and issues and matters presented. Also set forth in detail by the
12 Magistrate Judge is the procedural and factual history of the case.

13     The Court, having made an independent review of the record herein, including
14 Defendants' objections, finds that the Report and Recommendation of Magistrate Judge
15 Guerin shall be adopted as the findings of fact and conclusions of law of this Court.

16     Based on the foregoing,

17     **IT IS ORDERED** that the Report and Recommendation [Doc. #33] of Magistrate
18 Judg Guerin is hereby **ACCEPTED** and **ADOPTED** as the findings of fact and conclusions
19 of law by this Court;

20     **IT IS FURTHER ORDERED** that the Motion of Defendants Trinity Technology
21 Group and Douglas D. Bullock for Dismissal Pursuant to Rule 12(b) [Doc. #13] is
22 **GRANTED**;

23     **IT IS FURTHER ORDERED** that Defendants AATC and Wynne's Motion to
24 Dismiss [Doc. #14] is **GRANTED**;

25     **IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike Responses of the
26 Defendants [Doc. # 39] is **DENIED**;

27     **IT IS FURTHER ORDERED** that Defendants' Motion to Strike [Doc. # 41] is
28 **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiff is **granted leave to file an amended complaint,** in accordance with the findings set forth in the Report and Recommendation, **within thirty (30) days** of the filing date of this Order;

**IT IS FURTHER ORDERED** that this matter is referred back to Magistrate Judge Guerin for all pretrial proceedings and report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) and LRCiv 72.1 and LRCiv 72.2.  All filings shall be designated as follows:        **CV 06-526-TUC-FRZ (JCG)**

DATED this 28th day of September, 2007.

FRANK R. ZAPATA
United States District Judge